**Raquel Y. GORDON, Plaintiff–Appellant,**

v.

**Carlos GUTIERREZ, Secretary Department of Commerce, Defendant–Appellee.**

**Raquel Y. Gordon, Plaintiff–Appellant,**

v.

**Carlos Gutierrez, Secretary Department of Commerce; Howard Goldberg, Individual, U.S. Patent and Trademark Office; Margaret Focarino, Individual, U.S. Patent and Trademark Office; Nancy Le, Individual, U.S. Patent and Trademark Office, John Barlow, Individual, U.S. Patent and Trademark Office, Defendants–Appellees.**

**Nos. 07–1130, 07–1131.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 15, 2007.

Raquel Y. Gordon, Appellant Pro Se. Larry Lee Gregg, Assistant United States Attorney, Alexandria, Virginia, for Appellees.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raquel Y. Gordon appeals the district court's orders denying relief on her action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gordon v. Gutierrez,* No. 01:06–cv–00861–TSE–TC, 2006 WL 3760134 (E.D. Va. filed

Dec. 14, 2006 and entered Dec. 18, 2006; Jan. 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*